**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-CR-4296-LL |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER TO DISMISS INFORMATION AS TO ERIK ANIBIL GONZALEZ-MARTINEZ** |
| ERIK ANIBIL GONZALEZ-MARTINEZ, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the Information in the above-entitled case be dismissed as to ERIK ANIBIL GONZALEZ-MARTINEZ, without prejudice.

**IT IS SO ORDERED**.

DATED: March 12, 2026.

_____
HONORABLE LINDA LOPEZ
United States District Judge